## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Shanita D. Outing<br>Debtor<br><br>American Advisors Group, or its Successor or Assignee<br>Movant<br>vs.<br><br>William C. Milller, Trustee<br>Shanita D. Outing<br>Respondents | Chapter 13<br>Bankruptcy No. 20-10679-elf |

**ORDER**

AND NOW, this  23rd  day of  September , 20 20 , it is hereby **ORDERED** that the automatic stay of Bankruptcy Code §362(a) is **MODIFIED** to permit American Advisors Group, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other *in rem* rights it has under the mortgage or with respect to the property located at: 5841 Cobbs Creek Parkway, Philadelphia, Pennsylvania 19143, such actions may include but are not limited to selling the property at Sheriff's Sale, entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

**ORDERED** that Movant shall be permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

**Order entered by default.**

_____
Eric L. Frank
United States Bankruptcy Judge