# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-10679-ELF

SHANITA D. OUTING

5700 N MARVINE STREET

PHILADELPHIA, PA 19141-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHANITA D. OUTING

5700 N MARVINE STREET

PHILADELPHIA, PA 19141-

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Date: 3/19/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee