# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>SHANITA D. OUTING<br>    Debtor | Case No. 20-10679-elf |
| Bank of America, N.A.,<br>    Movant | Chapter 13 |
| vs.<br>SHANITA D. OUTING<br>    Respondents | 11 U.S.C. §362 |

## ORDER

**AND NOW**, this <u>12th</u> day of <u>April</u>, 2022, it is hereby

**ORDERED** that the parties' Stipulation (Doc. # 78( is hereby approved.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**