# IN THE UNITED STATES BANKRUPTCY COURT
## OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Shanita D. Outing | : | |
| | : | Case No.: 20-10679-ELF |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the *Motion to Modify Plan* and respectfully request that the Order attached to the Motion be entered.

Dated: May 11, 2022         /s/ Brad J. Sadek, Esquire
                            Brad J. Sadek, Esquire
                            Sadek and Cooper Law Offices, LLC
                            1315 Walnut Street, Suite 502
                            Philadelphia, Pa 19107
                            215-545-0008