**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Shanita D. Outing | : | Chapter 13 |
| | : | Case No.: 20-10679-ELF |
|    Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation and respectfully request that the Order attached to the Application be approved.


Dated: May 16, 2022                                 /s/ Brad J. Sadek, Esquire
                                                                                  Brad J. Sadek, Esquire
                                                                                   Sadek and Cooper Law Offices, LLC
                                                                                   1315 Walnut Street, Suite 502
                                                                                  Philadelphia, Pa 19107
                                                                                  215-545-0008