IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
| Shanita D. Outing | : | Chapter 13 |
| | : | Case No. 20-10679-ELF |
| Debtor(s) | : | |

### AMENDED ORDER DISMISSING CHAPTER 13 CASE

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee **shall not revest in the entity in which such property was vested immediately before the commencement of the case and the Trustee shall retain all undistributed funds he has pending the court's ruling on the previously filed Debtor's Counsel's Application for Supplemental Compensation**. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3), See In re Sherman, 2022 WL 626940 (Bankr. E.D. Pa. March 3, 2022).

Date: 7/22/22

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**