**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| Shanita D. Outing | : Chapter 13 |
| | : Case No.: 20-10679-ELF |
| Debtor(s) | : |

___

**O R D E R**

**AND NOW**, upon consideration of the Application for Supplemental Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,400.00.

3. The Chapter 13 Trustee is authorized to distribute the allowed compensation to Debtor's counsel, to the extent such funds are available.

**Dated:** 7/27/22

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE