### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Shanita D. Outing | : | Chapter 13 |
| | : | Case No.: 20-10679-ELF |
|    Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that neither an objection to the compensation nor an application for administrative expenses has been filed and respectfully request that an Order be entered in this matter.


Dated: August 15, 2022                         /s/ Brad J. Sadek, Esquire
                                                                            Brad J. Sadek, Esquire
                                                                            Sadek and Cooper Law Offices, LLC
                                                                            1500 JFK Boulevard Suite 220
                                                                            Philadelphia, Pa 19102
                                                                            215-545-0008